# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:18-cr-15 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| CHRISTY PARSONS ) | |
| ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not-guilty plea as to Count One of the three-count Indictment; (2) accept Defendant's guilty plea as to Count One of the three-count Indictment; (3) adjudicate Defendant guilty of theft of government money in violation of 18 U.S.C. § 641; and (4) order that Defendant remain out of custody subject to the order setting conditions of release (Doc. 9) until sentencing in this matter.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 25) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not-guilty plea as to Count One of the three-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the three-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of theft of government money in violation of 18 U.S.C. § 641; and

4. Defendant shall remain out of custody subject to the order setting conditions of release (Doc. 9) until sentencing in this matter, which is scheduled to take place on **January 11, 2019, at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**